## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | | |
|---|---|---|
| **NORTH STAR RMS, LLC** | § | |
| | § | |
| **V.** | § | **NO. 1:07-CV-857** |
| | § | |
| **FEDERAL EMERGENCY** | § | |
| **MANAGEMENT AGENCY** | § | |

### ORDER ADOPTING
### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Earl S. Hines, United States magistrate judge, for pretrial proceedings pursuant to a referral order entered on November 21, 2007. The court has received and considered the report of the United States magistrate judge, who recommends that the court dismiss plaintiff's case without prejudice against defendant and enter judgment.

The magistrate judge's report is hereby **ADOPTED**. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

So **ORDERED** and **SIGNED** this **25** day of **April, 2008.**

_____
Ron Clark, United States District Judge